**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angel PEREZ–LOPEZ, aka Angel Perez Lopez, aka Angel Samayoa Perez–Lopez, Defendant–Appellant.**

No. 08–10276.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 9, 2009.

Monte Cress Clausen, Assistant U.S., Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique Rene Gonzales, Rio Rico, AZ, for Defendant–Appellant.

Before SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Angel Perez–Lopez appeals from his guilty-plea conviction and 48–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Perez–Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**